UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANTE CUBANGBANG,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  Defendant Cubangbang is currently detained at the Metropolitan Correctional Center. He has moved for release on bail pending sentencing, or, in the alternative, "at least until the COVID-19 crisis has subsided." (Dkt. No. 186) The Government opposed this motion on April 8, 2020. (Dkt. No. 188)

  By April 10, 2020 at 5:00 p.m., Defendant will make a submission stating whether he consents to having his bail application decided on the papers, and waives his right to a hearing. The Government will likewise make a submission by 5:00 p.m. on April 10, 2020 stating whether it consents to having Defendant's bail application decided on the papers.

Dated: New York, New York
   April 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge