UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DANTE CUBANGBANG,

    Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant, scheduled for July 30, 2020, is adjourned to **November 19, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are now due **October 29, 2020**, and any submission by the Government is due on **November 5, 2020**.

Dated:  New York, New York
        June 29, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge