UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| DANTE A. CUBANGBANG, | 18 Cr. 723 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **May 16, 2022 at 2:00 p.m.**  Any submissions on behalf of the Defendant are due by April 25, 2022, and any submission by the Government is due by May 2, 2022.

It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
January 11, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge