UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DANTE A. CUBANGBANG,

                Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant's sentencing, currently scheduled for May 16, 2022, is adjourned to **July 27, 2022 at 2:00 p.m.** Defendant's submissions are due on July 7, 2022, and the Government's submission is due on July 14, 2022.

Dated:  New York, New York
         April 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge