UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANTE CUBANGBANG,

                                    Defendant.

**<u>ORDER</u>**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of the Defendant, currently scheduled for September 13, 2022 at

2:00 p.m., will instead take place on **September 13, 2022 at 4:30 p.m.**

Dated:  New York, New York
          September 8, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge