UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANTE CUBANGBANG,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Clerk of Court is directed to unseal the documents at Docket Number 179.

Dated: New York, New York
September 28, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge