**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                                                 Tel: (212) 571-5500
Jeremy Schneider                                                                    Fax: (212) 571-5500
Robert A. Soloway
David Stern

―――――――
Rachel Perillo

February 27, 2023

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Dante Cubangbang
               <u>1:18 Cr. 723-01 (PGG) / 22-2578 (2d Cir.)</u>

Dear Judge Gardephe:

      I am CJA substitute appellate counsel for Dante Cubangbang. I am writing to request authorization for my office to obtain a copy of the transcript of Cubangbang's sealed plea proceeding, which took place in Magistrate's Court on October 9, 2019. An Order reflecting my appointment to Cubangbang's appeal is attached.

      Because I did not represent Cubangbang in connection with his prior proceedings before this Court, the Southern District Court Reporters Office has advised me that it cannot provide a copy of the sealed plea transcript absent an Order from this Court. Therefore, I am respectfully requesting that Your Honor endorse this letter as an Order authorizing the Court Reporters Office to provide me a copy of Cubangbang's plea transcript.

      Please have your chambers contact my office if you have any questions about this request.

Respectfully submitted,

*Lucas Anderson* (signature)

Lucas Anderson

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe* (signature)

Paul G. Gardephe, U.S.D.J.

Encl.

Dated: March 7, 2023