UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

**ORDER**

DANTE CUBANGBANG,

18 Cr. 723 (PGG)

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

On March 27, 2023, the Government submitted a preliminary order of forfeiture as to substitute assets. Any objection by Defendant Cubangbang to the Government's application is due by **April 10, 2023**.

Dated: New York, New York
April 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge