UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :     **PRELIMINARY ORDER OF**
                                               **FORFEITURE AS TO**
          - v. -                            :     **SUBSTITUTE ASSETS**

DANTE A. CUBANGBANG,              :     S1 18 Cr. 723 (PGG)

                                               :
                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, on or about September 29, 2022, a three-count Superseding Information, S1 18 Cr. 723 (PGG) (the "Information") was unsealed, charging DANTE A. CUBANGBANG, (the "Defendant"), with conspiracy to distribute narcotics, in violation of Title 21, United States Code, Section 846 (Count One); conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); and conspiracy to commit money laundering, in violation of Title 18, United States Code, Sections 1956(h) (Count Three);

    WHEREAS, on or about September 28, 2022, the Defendant's guilty plea to Counts One through Three of the Information was unsealed wherein, pursuant to a plea agreement with the Government, the Defendant admitted the forfeiture allegation with respect to Counts One through Three of the Information and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Sections 982(a)(7) and 982(a)(l), a sum of money in United States currency, representing the proceeds traceable to the offenses charged in Counts One and Two of the Information and the property involved in Count Three of the Information, and various specific property;

1

WHEREAS, on or about September 13, 2022, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment which imposed a money judgment against the Defendant in the amount of $3,500,000 (the "Money Judgment"), representing proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, and the property involved in Count Three of the Information, and forfeited all of the Defendant's right, title, and interest in certain specific property (the "Specific Property");

WHEREAS, in or about 2018, the Government seized from the Defendant a total of $368,856 in United States currency (the "Forfeited Currency"), and in or about 2019, Declarations of Administrative forfeiture were entered, forfeiting the Forfeited Currency to the United States;

WHEREAS, to date, $3,131,144 of the Money Judgment entered against the Defendant remains unpaid;

WHEREAS, as a result of acts and/or omissions of the Defendant, the United States has not been able to locate, obtain, or collect assets traceable to the proceeds of the Defendant's offenses, other than the Specific Property and the Forfeited Currency, despite the exercise of due diligence in investigating the assets of the Defendant;

WHEREAS, the Government has identified the following specific asset in which the Defendant has an ownership interest:

> a) $17,418.65 in United States currency, held in TD Bank Account Number 4304931945;

(the "Substitute Asset"); and

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's right, title, and interest in the Substitute Asset.

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. All of the Defendant's right, title, and interest in the Substitute Asset is hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2. Upon entry of this Preliminary Order of Forfeiture of Substitute Assets, the United States (or its designee) is hereby authorized to take possession of the Substitute Asset and to keep it in its secure, custody and control.

3. Upon entry of a Final Order of Forfeiture, the Substitute Asset shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Asset must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute

Asset, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Asset and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. The United States may also, to the extent practicable, provide direct written notice to any person, other than the Defendant, known to have an alleged interest in the Substitute Asset, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Assets, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated:  New York, New York
        May 15, 2023

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE